Matter of Flax (2023 NY Slip Op 04340)

Matter of Flax

2023 NY Slip Op 04340

Decided on August 17, 2023

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:August 17, 2023

PM-173-23
[*1]In the Matter of Anita Elise Flax, an Attorney. (Attorney Registration No. 2772861.)

Calendar Date:August 7, 2023

Before:Garry, P.J., Lynch, Aarons, Reynolds Fitzgerald and Fisher, JJ.

Anita Elise Flax, Cranston, Rhode Island, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany, for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Anita Elise Flax was admitted to practice by this Court in 1997 and lists an address in Cranston, Rhode Island with the Office of Court Administration. Flax now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it opposes Flax's application based on an omission made within it.
Upon reading Flax's affidavit sworn to April 4, 2023 and filed April 12, 2023, supplemental affidavit filed August 1, 2023 which cured the omission made in her application and upon reading the July 21, 2023 correspondence in response by the Chief Attorney for AGC, and having determined that Flax is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.
Garry, P.J., Lynch, Aarons, Reynolds Fitzgerald and Fisher, JJ., concur.
ORDERED that Anita Elise Flax's application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further
ORDERED that Anita Elise Flax's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Anita Elise Flax is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Flax is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Anita Elise Flax shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.